IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS L. WACKER and
DAWN J. WACKER,

    Plaintiffs,

v.

HOME DEPOT U.S.A., INC., THE HOME
DEPOT SUPPLY, INC., and SEDGWICK
CLAIMS MANAGEMENT SERVICES,
INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-371-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING defendants Home Depot U.S.A., Inc., The Home Depot Supply, Inc. And Sedgwick Claims Management Services, Inc.'s motion for summary judgment.

_____     _____
Theresa M. Owens, Clerk of Court              Date
                                         April 16 2008